IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD ANTHONY SILVA, F86336, | No. C 12-01495 CRB (PR) |
| Petitioner, | ORDER |
| v. | |
| CONNIE GIPSON, Acting Warden, | |
| Respondent(s). / | |

Good cause appearing, petitioner's request for an extension of time to file a traverse is GRANTED. Petitioner shall file a traverse by no later than December 4, 2013. No further extensions of time will be granted.

The clerk shall terminate the motion in docket number 19.

SO ORDERED.

DATED: Oct. 8, 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.12\Silva, A.12-1495.eot1.wpd